**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LEAH M. WORKE,

Plaintiff,

v.

HELZBERG DIAMOND SHOPS, INC.,

Defendant.

Civil No. 00-664 (DWF/AJB)

**ORDER OF DISMISSAL**

The Court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 17, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 17 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______